CHEAREEN M JONES

# 16 CV 0966

*(In the space above enter the full name(s) of the plaintiff(s).)*

**COMPLAINT**

-against-

SEE ATTACHED

Jury Trial: ☒ Yes    ☐ No

(check one)

RECEIVED
FEB - 8 2016
PRO SE OFFICE

*(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Part I. Addresses should not be included here.)*

**I.    Parties in this complaint:**

A.    List your name, address and telephone number. If you are presently in custody, include your identification number and the name and address of your current place of confinement. Do the same for any additional plaintiffs named. Attach additional sheets of paper as necessary.

Plaintiff    Name    CHEAREEN M JONES
Street Address    342 HUDSON WALK APT 1A
County, City    BROOKLYN
State & Zip Code    NEW YORK 11201
Telephone Number    718-596-4426

RECEIVED PRO SE OFFICE
SDNY
2016 FEB -8 AM 9:58
S.D. OF N.Y.

List all defendants. You should state the full name of the defendant, even if that defendant is a government agency, an organization, a corporation, or an individual. Include the address where each defendant may be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.

Defendant No. 1    Name    SEE ATTACHED LIST OF DEFENDANT ADDRESSES
Street Address

DEFENDANT LIST

STEFANI JOANNE ANGELINA, STACY ANN FERGUSON, WILLIAM JAMES ADAMS, ALLAN PINEDA LINDO, JAIME LUIS GOMEZ, LOUICIE LOU, MITCHIE ONE, ELLIE GOULDING, KELLEY CLARKSON, CARMIT BACHAR, KIMBERLY WYATT, ASHLEY ROBERTS, JESSICA SUTTE, MELODY THORNTON, NICOLE SCHERZINGER, AMY LEE, BEN MOODY, DAVID HODGES, INGRID MICHELSON, A.J. MCLEAN, HOWIE DOROUGH, NICK CARTER, KEVEN RICHARDSON, BRIAN LITTRELL, NATASHA BEDINGFIELD, LENE NYSTROM, RENE DIF, SOREN RASTED, CLAUS NORREEN, EARTHA KITT, JAMIE GRACE, KEYSHAI COLE, MARY J BLIGE, SEAN PUFFY COMBS, TAYLOR SWIFT, RHIANNA FENTY, NICKY MINAJ, WHITNEY HOUSTON, CHRISTINA AGUILERA, BRYCE WISON, AMEL LARRIEUX, BEYONCE KNOWLES, JAY Z SHAWN CARTER, ELLA MAIJA LANI YELICH-O'CONNOR, KATIE PERRY, GEORGE MICHAEL, ANDREW RIDGELEY, PEPSI DEMACQUE, SHIRLIE HOLLIMAN, DEE C LEE, ADELE LAURI BLUE ADKINS, BRITTANY SPEARS, MARIAH CAREY, ZOELAH BOYD, JASON DALYRIMPLES, BRIAN DALYRIMPLES, ANDRE DALYRIMPLES, CHRISTOPHER DALYRIMPLES, CIARA PRINCESS HARRIS, JESSICA BENSON, ADRIENNE BAILON, KIELY WILLIAMS, NATURI NAUGHTON, BRANDY RAYANA NORWOOD, CHERYL GAMBLE, LEANNE LYONS, TAMARA JOHNSON, KEN CUMMINGS, DUSTY SPRINGFIELD, KIRK FRANKLIN, ARIANA GRANDE, COLLEEN ANN FITZPATRICK, ALECIA BETH MOORE, SARAH BAREILLES, ZOLAH BOYD, MYA HENDERSON, CARLIE RAYE JEPPESON, FRANCESCA BASTILLE, PAULA ABDUL, DAN VICKNEY, ADAM DURITZ, DAVID BRYSON, DAVID IMMERGLUCK, DESTRA GARCIA, MIRANDA COSGROVE, PATRICK MONAHAN, ESPEN LIND, AMUND BJORKLUND, ASHANTI SHEQUOIYA DOUGLAS, AMANDA SEYFRIED, TREVOR TAHIEM SMITH, TIMOTHY ZACHERY MOSLEY, SHAKIRA ISABEL MEBARAK RIPOLL, CARLEEN SABIN, CHRIS THOMLIN, MEL B, VICTORIA BECKHAM, EMMA BUNTON, MELANIE C, GERI HALLIWELL, ROBBY EARLE, MOLLY REED, KEKE PALMER, DIANA ROSS, SALOUNGE KNOWLES, TYRA BANKS, HALLE BERRY, JANET JACKSON, NICK CANNON, WENDY WILLIAMS, KIMORA LEE, ANDREA CORR, SHARON CORR, JIM CORR, JASON MRAZ, KELLY ROWLAND, BEN E KING

**UNABLE TO LOCATE ADDRESS OF DEFENDANTS LIST**

RHIANNA FENTY, WILLIAM JAMES ADAMS, ALLAN PINEDA LINDO, JAIME LUIS GOMEZ, LOUICIE LOU, MITCHIE ONE, KIMBERLY WYATT, ASHLEY ROBERTS, DAVID HODGES, INGRID MICHELSON, A.J. MCLEAN, HOWIE DOROUGH, KEVEN RICHARDSON, BRIAN LITTRELL, LENE NYSTRON, RENE DIF, SOREN RASTED, CLAUS NARREEN, JAMIE GRACE, DESTRA GARCIA, ZOELAH BOYD, JASON DALYRIMPLES, BRIAN DALYRIMPLES, ANDRE DALYRIMPLES, CHRISTOPHER DALYRIMPLES, TAYLOR SWIFT, BRYCE WISON, GEORGE MICHAEL, ANDREW RIDGELEY, PEPSI DEMACQUE, SHIRLIE HOLLIMAN, DEE C LEE, JESSICA BENSON, ADRIENNE BAILON, KIELY WILLIAMS, NATURI NAUGHTON, CHERYL GAMBLE, LEANNE LYONS, TAMARA JOHNSON, KEN CUMMINGS, DUSTY SPRINGFIELD, , DAN VICKNEY, ADAM DURITZ, DAVID BRYSON, DAVID IMMERGLUCK,  MIRANDA COSGROVE, PATRICK MONAHAN, ESPEN LIND, AMUND BJORKLUND, TREVOR TAHIEM SMITH, CARLEEN SABIN, CHRIS THOMLIN, EMMA BUNTON, GERI HALLIWELL, ROBBY EARLE,  MOLLY REED, DIANA ROSS

| | County, City | |
|---|---|---|
| | State & Zip Code | |
| | Telephone Number | |

**Defendant No. 2**    Name _____

Street Address _____

County, City _____

State & Zip Code _____

Telephone Number _____

**Defendant No. 3**    Name _____

Street Address _____

County, City _____

State & Zip Code _____

Telephone Number _____

**Defendant No. 4**    Name _____

Street Address _____

County, City _____

State & Zip Code _____

Telephone Number _____

## II.    Basis for Jurisdiction:

Federal courts are courts of limited jurisdiction. Only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case involving the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one state sues a citizen of another state and the amount in damages is more than $75,000 is a diversity of citizenship case.

A.    What is the basis for federal court jurisdiction? *(check all that apply)*

☒ Federal Questions          ⌐ Diversity of Citizenship

B.    If the basis for jurisdiction is Federal Question, what federal Constitutional, statutory or treaty right is at issue? SEE ATTACHED FEDERAL QUESTION SHEET _____

_____

_____

C.    If the basis for jurisdiction is Diversity of Citizenship, what is the state of citizenship of each party?

Plaintiff(s) state(s) of citizenship ~~SEE ATTAHED DIVERSITY OF CITIZENSHIP SHEET~~ New York

Defendant(s) state(s) of citizenship See Attached diversity of Citzenship Sheet

_____

## III.    Statement of Claim:

State as briefly as possible the facts of your case. Describe how each of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events.

You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach additional sheets of paper as necessary.

A.    Where did the events giving rise to your claim(s) occur? BROOKLYN NEW YORK

B.    What date and approximate time did the events giving rise to your claim(s) occur? 
1981 TO PRESENT

C.    Facts: SEE ATTACHED FACT SHEET

| What happened to you? |
| Who did what? |
| Was anyone else involved? |
| Who else saw what happened? |

## IV.    Injuries:

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received. DEFAMATION
LARCENY AND LOSS OF BILLIONS OF DOLLARS, IMAGE DEGRADATION, CAREER DEGRADATION,
MOTHERHOOD DEGRADATION,  ANGINA PECTORIS HEALTH ISSUES, LOSS OF VOCAL ABILITIES.

## V.    Relief:

State what you want the Court to do for you and the amount of monetary compensation, if any, you are seeking, and the basis for such compensation. I SEEK TO BE REFUNDED ALL MONEY STOLEN THROUGH SONG LARCENY.  PHYSICAL, MENTAL AND SPIRITUAL DEGRADATION COMPENSATED FOR IN FULL.

I SEEK TO BE CREDITED AS ORIGINATOR OF ALL SONGS TRULY CREATED BY ME.

**I declare under penalty of perjury that the foregoing is true and correct.**

Signed this _8_ day of _february_, 20_16_

Signature of Plaintiff    _Chareen Jones_

Mailing Address    342 HUDSON WALK APT 1A

BROOKLYN, NEW YORK 11201

Telephone Number    718-596-4426

Fax Number *(if you have one)* _____

**Note:**    All plaintiffs named in the caption of the complaint must date and sign the complaint.  Prisoners must also provide their inmate numbers, present place of confinement, and address.

## For Prisoners:

I declare under penalty of perjury that on this _____ day of _____, 20__, I am delivering this complaint to prison authorities to be mailed to the *Pro Se* Office of the United States District Court for the Southern District of New York.

Signature of Plaintiff:    _____

Inmate Number    _____

NY PEN LAW 155.05: Larceny Defined., NY PEN LAW 105.05: Conspiracy in the Sixth Degree., NY PEN LAW 31.03 Article 31 Title J: Producing Unpublished, Undedicated or Copyrighted opera or dramatic composition without consent of owner., NY PEN LAW 350A: False Advertising., NY PEN LAW 155.30 Grand Larceny in the forth degree., NY PEN LAW 190.25 Criminal Impersonation in the second degree., NY PEN LAW 190.79 Identity Theft in the Second Degree., NY PEN LAW PAR 3 TITLE H ARTICLE 121.11: Criminal obstruction of breathing or blood circulation., NY PEN LAW 12.01:Artist-Art Merchant Relationships., NY PEN LAWS 11.01 Successor Defined., NY PEN LAW 35.01: Child Performers., NY PEN LAW 34.05 Production., NY PEN LAW 155.20 Value of Stolen Property., NY PEN LAW 687 Fraudulent and Unlawful Practices., NY PEN LAW 349 Deceptive Acts and Practices Unlawful., NY PEN LAW 470 Prohibition of tongue splitting., NY PEN LAW 245.02 Exposure of a person and promoting the exposure of a person., NY PEN LAW 240.31Aggravated Harassment in the First Degree., NY PEN LAW 130.91Sexually Motivated Felony., NY PEN LAW 412 Unlawful Appearance Enhancement Business., NY PEN LAW 4216 Body Stealing., NY PEN LAW 392-b False labels and misrepresentation., NY PEN LAW 4222 Removal of Corneal Tissue for Transplant and Pituitary Gland for Extraction of Growth Hormone., NY PEN LAW 130.66 Aggravated Sexual Abuse in the Third Degree., NY PEN LAW 460.20 Enterprise Corruption., NY PEN LAW 190.80 Identity Theft in the first degree.

# FEDERAL QUESTION LIST

## UNITED STATES CODES

18 U.S.C. 371 Conspiracy to commit offense or to defraud the United States. 18 U.S.C. 911 Citizen of the United States whoever falsely and willfully represents himself to be a citizen of the United states.,18 U.S.C. 1031 Major Fraud Against the United States.,18 U.S.C. 1038 False information and Hoaxes.,18 U.S.C. Chapter 63 1341 Frauds and Swindles.,18 U.S.C. Chapter 63 1343 Fraud by Wire, Radio and Television.,18 U.S.C. 1661 Robbery Ashore.,18 U.S.C. 1841 Protection of Unborn Children.,16 U.S.C. 703 Taking, Killing and Possessing migratory Birds Unlawful.,15 U.S.C. 45 Unfair Methods of competition Unlawful.,18 U.S.C. 2315 Sale and receipt of stolen goods, securities, moneys and fraudulent state tax stamps.,18 U.S.C. 2320 Trafficking in counterfeit good or services.,15 U.S.C. 631 Declaration of Policy open to free competition.,12 U.S.C. 5531 Prohibiting unfair, deceptive or abusive acts or practices in connection with consumer or consumer financial product.,15 U.S.C. 45 Unfair methods of competition unlawful; prevention by commission.,15 U.S.C. 1125 False designations of origin, false descriptions and dilution forbidden.,15 U.S.C. 3503 Antitrust Law Defined.,15 U.S.C. 3151 Nondiscrimination., 18 U.S.C. 1651 Piracy under law of nations.,18 U.S.C. 1025 False Pretenses on high seas and other waters.,18 U.S.C. 1652 Citizens as Pirates.,18 U.S.C. 1653 Aliens as Pirates.,18 U.S.C. 241 Conspiracy Against the rights if two or more person conspire to injure, oppress, threaten, or intimidate any person in the United States.,18 U.S.C. 1832 Theft of Trade Secrets.,18 U.S.C. 2112 Personal Property of the United States., 18 U.S.C. 63: 1028A Aggravated Identity Theft. 18 U.S.C. 63: 1029 Fraud and related activity in connection with access devices. 18 U.S.C. 63: 1030 Fraud and related activity in

## FEDERAL QUESTION LIST

## UNITED STATES CODES

connection with computers. 18 U.S.C 65:1362 Communication lines, station or systems. 18 USC 95: 1955 Prohibition of illegal gambling business. 18 U.S.C. 17: 1960 Prohibition of unlicensed money transmitting business. 18 U.S.C. 109a:2241 Aggravated Sexual Abuse. 18 U.S.C. 113:2319A Unauthorized fixation of and trafficking in sound recordings and music videos. 18 U.S.C. 119:2511 Interception and disclosure of wire, oral and or electronic communications prohibited. 18 U.S.C. 13:241 Civil Rights. 18 U.S.C. 13:249 Hate Crimes Act. 18 U.S.C. 19 Conspiracy. 18 U.S.C. 19:373 Solicitation to commit a crime of violence. 18 U.S.C. 21 Contempt. 18 U.S.C. 21:401 Power of Court. 18 U.S.C. 21:402 Contempt constituting crimes. 18 U.S.C. 21:403 Protection of the privacy of child victims and child witnesses. 18 U.S.C. 25 Counterfeiting and Forgery. 18 U.S.C. 25:470 Counterfeiting acts committed outside the U.S. 18 U.S.C. 25:474 Plates, Stones, Analog, Digital or Electronic images for counterfeit.

18 U.S.C. 26 Criminal Street Gangs. 18 U.S.C. 26:521 Criminal Street Gangs. 18 U.S.C. 31 Embezzlement and Theft. 18 U.S.C. 31:668 Theft of major artwork. 18 U.S.C. 41 Extortion and threats. 18 U.S.C. 41:873 Blackmail. 18 U.S.C. 41:880 Receiving proceeds from Extortion. 17 U.S.C. Copy right. 17 U.S.C. 11:1101 Sound recordings and music videos. 17 U.S.C. 5:506 Copyright infringement criminal offenses. 17 U.S.C. 13:1301 Design protected. 17 U.S.C. 13:1302 Oaths and Acknowledgements. 17 U.S.C. 13:1317 Regulations. 17 U.S.C. 1324 Power of Court over registration. 17 U.S.C. 13:1327 Penalty for false representation. 17 U.S.C. 13: 1326 Penalty for markings. 17 U.S.C. 13: 1330: Common law and other rights unaffected. 17 U.S.C. 13:1309 Infringement. 17 U.S.C. 13:1320

**FEDERAL QUESTION LIST**

**UNITED STATES CODES**

Ownership and transfer. 17 U.S.C. 13:1325 Registration fraudulently obtained. 18

U.S.C. Crimes. 18 U.S.C. 7:116 Female Genital Mutilation. 18 U.S.C. 11:201

Bribery of public officials and witnesses. 18 U.S.C. 11:225 Continuing financial

enterprises crime. 18 U.S.C. 12 Civil Disorder. 18 U.S.C. 12:231 Civil Disorder.

# SONG LARCENY

2 become 1
A whole new world
Accidentally in Love
All I want for Christmas is you
All the single ladies
Always be my baby
Baby hit me one more time
Bionic Six
Birthday wish
Blow me one last kiss
Boom, Boom, Pow
Boy you better know my name
Boys chase girls chase boys
Breakaway
Bye Bye Bye
Call me maybe
Candied Rain
Chipmunk
Click, click, flash
Come however your are
Come on over baby
Dirty
Don't cha
Dream Lover
Fantasy
Fighter
Forever and a day
GEM is truly outrageous
Genie in a bottle
Get up
God of Wonders
Graduation song
Hey Mister
Hey soul sister
Hot n cold
How will I know
I don't need my name in lights
I hate this part right here
I wanna be down
I wanna dance with somebody
I wanna see you be brave
I want it that way
If I were a rich girl
I'm a Barbie girl in a Barbie world
Irreplaceable
It's a beautiful day
It's gonna be me
It's raining sunshine

# SONG LARCENY

I've been doing my own thing
Just Dance
Kiss de girl
Last Christmas I gave you my heart
Leave me breathless
Like you do
Listen
Make it like your birthday everyday
More water
Ms. Independent
My Bologna has a first name
No more
One less problem
Oops I did it again
Opposites Attract
Poker Face
Rawr/Champion
Rocking around the Christmas tree
Rollin in the deep
Royales
Sitting up in my room
Stand by me
Stick with you
Sweet Dreams
Take me there
Thank you for the music
The littles
The rest is still unwritten feel the rain on your skin
There is none like you
This is the song that doesn't end
Vision of love
Wait a minute
Wake me up inside
Wannabe
Weak
What a girl wants
Where is the love
Winter wonderland
Wishing and hoping
Word of God Speak
You fall down then you get up

I don't remember a lot of the other songs I was friended to help make. The industry used me by taking me from my personal lifestyle and motivating me to assist in making songs for them. I am here because a lot of the songs are over 60% to 100% originated from me and I believe I should be credited as originator.

## CHARGES OF DEFAMATION AND IMAGE DEGRADATION





Sometimes you not ugly u just broke



# CHARGES OF DEFAMATION AND IMAGE DEGRADATION

 



 



# CHARGES OF DEFAMATION AND IMAGE DEGRADATION

 

 



**CHARGES OF DEFAMATION AND IMAGE DEGRADATION**







## CHARGES OF DEFAMATION AND IMAGE DEGRADATION







## CHARGES OF DEFAMATION AND IMAGE DEGRADATION







## CHARGES OF DEFAMATION AND IMAGE DEGRADATION

 

 

 

**PLANTIFFS BIOLOGICAL FATHER**



| Company Name | Name | Address Line 1 | Address Line 2 | City | State | Zip |
|---|---|---|---|---|---|---|
| | Christina Aguilera | 14143 Beresford Rd | | Beverly Hills | CA | 90210 |
| | Mariah Carey | 3130 Antelo Rd | | Los Angeles | CA | 90077 |
| Bliss Life | Amel Larrieux | 2114 Pico Blvd # B | | Santa Monica | CA | 90405 |
| The Windish Agency | Ella Marija Lani Yelich O'Connor | 1658 N Milwaukee Ave # 211 | | Chicago | IL | 60647 |
| | Katy Perry | 7302 Mulholland Dr | | Los Angeles | CA | 90046 |
| | Britney Spears | 398 W Stafford Rd | | Thousand Oaks | CA | 91361 |
| | Beyonce Knowles | 195 Hudson St | PH 7AB | New York | NY | 10013 |
| Epic Records Group | Shakira Isabel Mebarak Ripoll | 550 Madison Ave | Floor 6 | New York | NY | 10022 |
| | Enrique Islesias | 4535 Sabal Palm Rd | | Miami | Fl | 33137 |
| | Ciara Princess Harris | 3286 Northside Pkwy NW | Apt 1004 | Atlanta | GA | 30327 |
| | Brandy Norwood | 23463 Park Colombo | | Calabasas | CA | 91302 |
| | Cheryl Clemons | 6464 W Sunset Blvd | Ste 610 | Los Angeles | CA | 90028 |
| | Tamara Johnson-George | 6465 W Sunset Blvd | Ste 611 | Los Angeles | CA | 90028 |
| | Leanne Lyons | 6466 W Sunset Blvd | Ste 612 | Los Angeles | CA | 90028 |
| | Carmit Bachar | 6363 Wilshire Blvd | Ste 206 | Los Angeles | CA | 90048 |
| | Kimberly Watt | 6363 Wilshire Blvd | Ste 206 | Los Angeles | CA | 90048 |
| | Ashley Roberts | 6363 Wilshire Blvd | Ste 206 | Los Angeles | CA | 90048 |
| William Morris Endeavor | Jessica Sutta | 9601 Wilshire Blvd | | Beverly Hills | CA | 90210 |
| Entertainment Fusion Group | Melody Thornton | 6363 Wilshire Blvd | Ste 206 | Los Angeles | CA | 90048 |
| PMC BNC Public Relations | Nicole Scherzinger | 8687 Melrose Ave | Ste 8 | West Hollywood | CA | 90069 |
| Starstruck Entertainment | Kelley Clarkson | 40 Music Sq W | | Nashville | TN | 37203 |
| | Ariana Grande | 265 S Federal Hwy | Ste 331 | Deerfield Beach | FL | 33441 |
| ICM Partners | Colleen Ann Fitzpatrick | 10250 Constellation Blvd | Floor 7 | Los Angeles | CA | 90067 |
| | Stefani Joanne Angelina Germanotta | 40 Central Park S # Ph-D | | New York | NY | 10019 |
| | Stacey Ann Ferguson | 1310 N Kenter Ave | | Los Angeles | CA | 90049 |
| Career Artist Management | Sara Bareilles | 9350 Civic Center Dr | Ste 100 | Beverly Hills | CA | 90210 |
| SB Management | Carly Rae Jepsen | 825 8th Ave | Fl 28 | New York | NY | 10019 |
| RDWM America | Alicia Beth Moore | 1158 26th St | Ste 564 | Santa Monica | CA | 90403 |
| Tudor Management Group | Paula Abdul | 300 S Beverly Dr | Ste 102 | Beverly Hills | CA | 90212 |

| Company Name | Name | Address Line 1 | Address Line | City | State | Zip | Zip Plus 4 | Column1 |
|---|---|---|---|---|---|---|---|---|
| | Victoria Beckham | 1105 San Ysidro Dr | | Beverly Hills | CA | 90210 | 2102 | |
| | Kanye West | 113 16th St | | Manhattan Beach | CA | 90266 | 4616 | |
| | Halle Berry | 1164 N Doheny Dr | | Los Angeles | CA | 90069 | 1750 | |
| | Amy Lee | 135 Joralemon St | | Brooklyn | NY | 11201 | 4007 | |
| Bad Boy Worldwide Entertainment | Sean Puffy Combs | 1440 Broadway Floor 19 | | New York | NY | 10018 | 2301 | C/O Staff Member |
| | Nick Carter | 1577 Championship Blvd | | Franklin | TN | 37064 | 8668 | |
| Creative Artists Agency | Timothy Zachery Mosley | 162 5th Ave | Floor 6 | New York | NY | 10010 | 6047 | C/O David Zedeck |
| Resolution | Naomi Campbell | 1801 Century Park E | Ste 2300 | Los Angeles | CA | 90067 | 2325 | C/O David Unger |
| Englefield 42 West | Mary J Blige | 1840 Century Park E | Ste 700 | Los Angeles | CA | 90067 | 2122 | C/O Dvora Vener |
| 42 West | Nicki Minaj | 1840 Century Park E | Ste 700 | Los Angeles | CA | 90067 | 2122 | C/O Holly Shakoor Fleischer |
| | Shawn Corey Carter | 195 Hudson St | #7ABPH | New York | NY | 10013 | 1813 | |
| | Melanie Brown | 2132 Mount Olympus Dr | | Los Angeles | CA | 90046 | 1636 | |
| | Taylor Swift | 2201 Harding Pl | | Nashville | TN | 37215 | 4105 | |
| The Wendy Williams Show | Wendy Williams | 221 W 26th Street | | New York | NY | 10001 | 6703 | |
| | Ashanti Shequoiya Douglas | 23 Saint Andrews Ct | | Old Westbury | NY | 11568 | 1711 | |
| | Janet Jackson | 2469 Ping Dr | | Henderson | NV | 89074 | 8314 | |
| | Jennifer Lopez | 25067 Jim Bridger Rd | | Hidden Hills | CA | 91302 | 1128 | |
| | Nick Cannon | 3130 Antelo Rd | | Los Angeles | CA | 90077 | 1604 | |
| | Amanda Seyfried | 3140 Tilghman St # B | PMB 216 | Allentown | PA | 18104 | | |
| Paradigm | Kirk Franklin | 360 N Crescent Dr | North Bldg | Beverly Hills | CA | 90210 | 4874 | C/O Michael Van Dyck |
| | Keyshai Cole | 3710 Milton Park Dr | | Alpharetta | GA | 30022 | 5801 | |
| | Angela Bassett | 4710 Hillard Ave | | La Canada Flintridge | CA | 91011 | 2006 | |
| Phat Fashions LLC | Kimora Lee Simmons | 512 Seventh Ave | | New York | NY | 10018 | | C/O Staff Member |
| Luber Roklin Management | Andrea Corr | 5815 W Sunset Blvd | Ste 206 | Los Angeles | CA | 90028 | 6481 | C/O Staff Member |
| Luber Roklin Management | Jim Corr | 5815 W Sunset Blvd | Ste 206 | Los Angeles | CA | 90028 | 6481 | C/O Staff Member |
| Luber Roklin Management | Sharon Corr | 5815 W Sunset Blvd | Ste 206 | Los Angeles | CA | 90028 | 6481 | C/O Staff Member |
| Melissa Berger Public Relations | Mya Marie Harrison | 613 N West Knoll Dr | Apt C | West Hollywood | CA | 90069 | 5200 | |
| | Diana Ross | 65 Meadow Wood Dr | | Greenwich | CT | 6830 | 7016 | |
| Bill Silva Management | Jason Mraz | 8255 Santa Monica Blvd | | Los Angeles | CA | 90046 | | C/O Bill Silva |
| The Collective | Kelly Rowland | 8383 Wilshire Blvd | Ste 1050 | Beverly Hills | CA | 90211 | 2415 | |
| Next Model Management | Elena Jane Goulding | 8447 Wilshire Blvd PH | | Beverly Hills | CA | 90211 | 1683 | C/O Staff Member |
| Rogers and Cowan PR | Keke Palmer | 8687 Melrose Ave | Ste 7 | West Hollywood | CA | 90069 | 5721 | C/O Shannon Barr |
| | Tyra Banks | 9308 Readcrest Dr | | Beverly Hills | CA | 90210 | 2533 | |
| ROC Nation | Salange Piaget Knowles | 9348 Civic Center Dr | | Beverly Hills | CA | 90210 | 3624 | |
| Smiling Clown Music | Ben E King | PO Box 1097 | | Teaneck | NJ | 7666 | 1097 | |