UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Cheareen M Jones

_____

_____

*(In the space above enter the full name(s) of the plaintiff(s).)*

16CV0966

AMended
**COMPLAINT**

-against-

See Attached

_____

_____

_____

_____

_____

_____

Jury Trial: ☒ Yes   ☐ No

(check one)

*(In the space above enter the full name(s) of the defendant(s). If you
cannot fit the names of all of the defendants in the space provided,
please write "see attached" in the space above and attach an
additional sheet of paper with the full list of names.  The names
listed in the above caption must be identical to those contained in
Part I.  Addresses should not be included here.)*

RECEIVED
SDNY PRO SE OFFICE
2016 MAR 10 PM 12: 46

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/10/16

**I.**     **Parties in this complaint:**

**A.**     List your name, address and telephone number.  If you are presently in custody, include your
identification number and the name and address of your current place of confinement.  Do the same
for any additional plaintiffs named.  Attach additional sheets of paper as necessary.

Plaintiff      Name  Cheareen M Jones
               Street Address  347 Hudson walk Apt 1A
               County, City  BrooklyN
               State & Zip Code  New York   11201
               Telephone Number  718 596 4426

**B.**     List all defendants.  You should state the full name of the defendant, even if that defendant is a
government agency, an organization, a corporation, or an individual.  Include the address where
each defendant may be served.  Make sure that the defendant(s) listed below are identical to those
contained in the above caption.  Attach additional sheets of paper as necessary.

Defendant No. 1      Name  See Attached list of defendant
                     Street Address  Addresses

*Rev. 05/2010*

DEFENDANT LIST

STEFANI JOANNE ANGELINA, STACY ANN FERGUSON, WILLIAM JAMES ADAMS, ALLAN PINEDA LINDO, JAIME LUIS GOMEZ, LOUICIE LOU, MITCHIE ONE, ELLIE GOULDING, KELLEY CLARKSON, CARMIT BACHAR, KIMBERLY WYATT, ASHLEY ROBERTS, JESSICA SUTTE, MELODY THORNTON, NICOLE SCHERZINGER, AMY LEE, BEN MOODY, DAVID HODGES, INGRID MICHELSON, A.J. MCLEAN, HOWIE DOROUGH, NICK CARTER, KEVEN RICHARDSON, BRIAN LITTRELL, NATASHA BEDINGFIELD, LENE NYSTROM, RENE DIF, SOREN RASTED, CLAUS NORREEN, EARTHA KITT, JAMIE GRACE, KEYSHAI COLE, MARY J BLIGE, SEAN PUFFY COMBS, TAYLOR SWIFT, RHIANNA FENTY, NICKY MINAJ, WHITNEY HOUSTON, CHRISTINA AGUILERA, BRYCE WISON, AMEL LARRIEUX, BEYONCE KNOWLES, JAY Z SHAWN CARTER, ELLA MAIJA LANI YELICH-O'CONNOR, KATIE PERRY, GEORGE MICHAEL, ANDREW RIDGELEY, PEPSI DEMACQUE, SHIRLIE HOLLIMAN, DEE C LEE, ADELE LAURI BLUE ADKINS, BRITTANY SPEARS, MARIAH CAREY, ZOELAH BOYD, JASON DALYRIMPLES, BRIAN DALYRIMPLES, ANDRE DALYRIMPLES, CHRISTOPHER DALYRIMPLES, CIARA PRINCESS HARRIS, JESSICA BENSON, ADRIENNE BAILON, KIELY WILLIAMS, NATURI NAUGHTON, BRANDY RAYANA NORWOOD, CHERYL GAMBLE, LEANNE LYONS, TAMARA JOHNSON, KEN CUMMINGS, DUSTY SPRINGFIELD, KIRK FRANKLIN, ARIANA GRANDE, COLLEEN ANN FITZPATRICK, ALECIA BETH MOORE, SARAH BAREILLES, ZOLAH BOYD, MYA HENDERSON, CARLIE RAYE JEPPESON, FRANCESCA BASTILLE, PAULA ABDUL, DAN VICKNEY, ADAM DURITZ, DAVID BRYSON, DAVID IMMERGLUCK, DESTRA GARCIA, MIRANDA COSGROVE, PATRICK MONAHAN, ESPEN LIND, AMUND BJORKLUND, ASHANTI SHEQUOIYA DOUGLAS, AMANDA SEYFRIED, TREVOR TAHIEM SMITH, TIMOTHY ZACHERY MOSLEY, SHAKIRA ISABEL MEBARAK RIPOLL, CARLEEN SABIN, CHRIS THOMLIN, MEL B, VICTORIA BECKHAM, EMMA BUNTON, MELANIE C, GERI HALLIWELL, ROBBY EARLE,  MOLLY REED, KEKE PALMER, DIANA ROSS, SALOUNGE KNOWLES, TYRA BANKS, HALLE BERRY, JANET JACKSON, NICK CANNON, WENDY WILLIAMS, KIMORA LEE, ANDREA CORR, SHARON CORR, JIM CORR, JASON MRAZ, KELLY ROWLAND, BEN E KING, DAVID LEWIS, JONATHAN LEWIS, WAYNE LEWIS, NICK CARTER, JAY WALDRON THOMPSON ADVERTISING AGENCY, JOHN DOES AND JANE DOES

UNABLE TO LOCATE ADDRESS OF DEFENDANTS LIST

RHIANNA FENTY, LOUICIE LOU, MITCHIE ONE, LENE NYSTRON, RENE DIF, SOREN RASTED, CLAUS
NARREEN, JAMIE GRACE, DESTRA GARCIA, ZOELAH BOYD, JASON DALYRIMPLES, BRIAN DALYRIMPLES,
ANDRE DALYRIMPLES, CHRISTOPHER DALYRIMPLES, KEN CUMMINGS, DUSTY SPRINGFIELD, AMUND
BJORKLUND, CARLEEN SABIN, CHRIS THOMLIN

County, City _____

State & Zip Code _____

Telephone Number _____

Defendant No. 2     Name _____

Street Address _____

County, City _____

State & Zip Code _____

Telephone Number _____

Defendant No. 3     Name _____

Street Address _____

County, City _____

State & Zip Code _____

Telephone Number _____

Defendant No. 4     Name _____

Street Address _____

County, City _____

State & Zip Code _____

Telephone Number _____

## II.     Basis for Jurisdiction:

Federal courts are courts of limited jurisdiction. Only two types of cases can be heard in federal court:
cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28
U.S.C. § 1331, a case involving the United States Constitution or federal laws or treaties is a federal
question case. Under 28 U.S.C. § 1332, a case in which a citizen of one state sues a citizen of another
state and the amount in damages is more than $75,000 is a diversity of citizenship case.

A.     What is the basis for federal court jurisdiction? *(check all that apply)*

☒ Federal Questions          ☐ Diversity of Citizenship

B.     If the basis for jurisdiction is Federal Question, what federal Constitutional, statutory or treaty right
is at issue?   See Attached federal Question Sheet

_____

_____

C.     If the basis for jurisdiction is Diversity of Citizenship, what is the state of citizenship of each party?

Plaintiff(s) state(s) of citizenship   New York.

Defendant(s) state(s) of citizenship   See Attached diversity of
Citizenship Sheet

## III.     Statement of Claim:

State as briefly as possible the facts of your case. Describe how each of the defendants named in the
caption of this complaint is involved in this action, along with the dates and locations of all relevant events.

*Rev. 05/2010*

You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach additional sheets of paper as necessary.

A.  Where did the events giving rise to your claim(s) occur? *Brooklyn New York.*

B.  What date and approximate time did the events giving rise to your claim(s) occur? 

*1981 - Present.*

C.  Facts:  *See Attached fact Sheet*

| | |
|---|---|
| What happened to you? | |
| Who did what? | |
| Was anyone else involved? | |
| Who else saw what happened? | |

IV.  Injuries:

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received. *Defamation Larceny and loss of billions of Dollars, Image degradation, Career degradation, Motherhood degradation, Angina Pectoris Health issues, loss of Vocal abilities.*

**V.   Relief:**

State what you want the Court to do for you and the amount of monetary compensation, if any, you are seeking, and the basis for such compensation. I Seek to be refunded all Money Stolen through Song larceny. Physical, Mental and Spiritual Degradation Compensated for in full. I Seek to be Credited as originator of all Songs Created by me.

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 10 day of March , 20 16

Signature of Plaintiff    Cheareon Jones

Mailing Address    342 Hudson walk Apt1A
Brooklyn NY 11201

Telephone Number    718 596 4426.

Fax Number (if you have one) _____

**Note:**   All plaintiffs named in the caption of the complaint must date and sign the complaint.  Prisoners must also provide their inmate numbers, present place of confinement, and address.

**For Prisoners:**

I declare under penalty of perjury that on this _____ day of _____, 20__, I am delivering this complaint to prison authorities to be mailed to the *Pro Se* Office of the United States District Court for the Southern District of New York.

Signature of Plaintiff: _____

Inmate Number    _____

*Rev. 03/2010*

**FEDERAL QUESTION LIST**
**NEW YORK PENAL CODES**

NY PEN LAW 155.05: Larceny Defined., NY PEN LAW 105.05: Conspiracy in the Sixth Degree., NY PEN LAW 31.03 Article 31 Title J: Producing Unpublished, Undedicated or Copyrighted opera or dramatic composition without consent of owner., NY PEN LAW 350A: False Advertising., NY PEN LAW 155.30 Grand Larceny in the forth degree., NY PEN LAW 190.25 Criminal Impersonation in the second degree., NY PEN LAW 190.79 Identity Theft in the Second Degree., NY PEN LAW PAR 3 TITLE H ARTICLE 121.11: Criminal obstruction of breathing or blood circulation., NY PEN LAW 12.01:Artist-Art Merchant Relationships., NY PEN LAWS 11.01 Successor Defined., NY PEN LAW 35.01: Child Performers., NY PEN LAW 34.05 Production., NY PEN LAW 155.20 Value of Stolen Property., NY PEN LAW 687 Fraudulent and Unlawful Practices., NY PEN LAW 349 Deceptive Acts and Practices Unlawful., NY PEN LAW 470 Prohibition of tongue splitting., NY PEN LAW 245.02 Exposure of a person and promoting the exposure of a person., NY PEN LAW 240.31Aggravated Harassment in the First Degree., NY PEN LAW 130.91Sexually Motivated Felony., NY PEN LAW 412 Unlawful Appearance Enhancement Business., NY PEN LAW 4216 Body Stealing., NY PEN LAW 392-b False labels and misrepresentation., NY PEN LAW 4222 Removal of Corneal Tissue for Transplant and Pituitary Gland for Extraction of Growth Hormone., NY PEN LAW 130.66 Aggravated Sexual Abuse in the Third Degree., NY PEN LAW 460.20 Enterprise Corruption., NY PEN LAW 190.80 Identity Theft in the first degree.

1 of 4

**FEDERAL QUESTION LIST**

**UNITED STATES CODES**

18 U.S.C. 371 Conspiracy to commit offense or to defraud the United States. 18 U.S.C. 911Citizen of the United States whoever falsely and willfully represents himself to be a citizen of the United states.,18 U.S.C. 1031 Major Fraud Against the United States.,18 U.S.C. 1038 False information and Hoaxes.,18 U.S.C. Chapter 63 1341 Frauds and Swindles.,18 U.S.C. Chapter 63 1343 Fraud by Wire, Radio and Television.,18 U.S.C. 1661 Robbery Ashore.,18 U.S.C. 1841 Protection of Unborn Children.,16 U.S.C. 703 Taking, Killing and Possessing migratory Birds Unlawful.,15 U.S.C. 45 Unfair Methods of competition Unlawful.,18 U.S.C. 2315 Sale and receipt of stolen goods, securities, moneys and fraudulent state tax stamps.,18 U.S.C. 2320 Trafficking in counterfeit good or services.,15 U.S.C. 631 Declaration of Policy open to free competition.,12 U.S.C. 5531 Prohibiting unfair, deceptive or abusive acts or practices in connection with consumer or consumer financial product.,15 U.S.C. 45 Unfair methods of competition unlawful; prevention by commission.,15 U.S.C. 1125 False designations of origin, false descriptions and dilution forbidden.,15 U.S.C. 3503 Antitrust Law Defined.,15 U.S.C. 3151 Nondiscrimination., 18 U.S.C. 1651 Piracy under law of nations.,18 U.S.C. 1025 False Pretenses on high seas and other waters.,18 U.S.C. 1652 Citizens as Pirates.,18 U.S.C. 1653 Aliens as Pirates.,18 U.S.C. 241 Conspiracy Against the rights if two or more person conspire to injure, oppress, threaten, or intimidate any person in the United States.,18 U.S.C. 1832 Theft of Trade Secrets.,18 U.S.C. 2112 Personal Property of the United States., 18 U.S.C. 63: 1028A Aggravated Identity Theft.  18 U.S.C. 63: 1029 Fraud and related activity in connection with access devices.  18 U.S.C. 63: 1030 Fraud and related activity in

**FEDERAL QUESTION LIST**

**UNITED STATES CODES**

connection with computers. 18 U.S.C 65:1362 Communication lines, station or systems. 18 USC 95: 1955 Prohibition of illegal gambling business. 18 U.S.C. 17: 1960 Prohibition of unlicensed money transmitting business. 18 U.S.C. 109a:2241 Aggravated Sexual Abuse. 18 U.S.C. 113:2319A Unauthorized fixation of and trafficking in sound recordings and music videos. 18 U.S.C. 119:2511 Interception and disclosure of wire, oral and or electronic communications prohibited. 18 U.S.C. 13:241 Civil Rights. 18 U.S.C. 13:249 Hate Crimes Act. 18 U.S.C. 19 Conspiracy. 18 U.S.C. 19:373 Solicitation to commit a crime of violence. 18 U.S.C. 21 Contempt. 18 U.S.C. 21:401 Power of Court. 18 U.S.C. 21:402 Contempt constituting crimes. 18 U.S.C. 21:403 Protection of the privacy of child victims and child witnesses. 18 U.S.C. 25 Counterfeiting and Forgery. 18 U.S.C. 25:470 Counterfeiting acts committed outside the U.S. 18 U.S.C. 25:474 Plates, Stones, Analog, Digital or Electronic images for counterfeit.

18 U.S.C. 26 Criminal Street Gangs. 18 U.S.C. 26:521 Criminal Street Gangs. 18 U.S.C. 31 Embezzlement and Theft. 18 U.S.C. 31:668 Theft of major artwork. 18 U.S.C. 41 Extortion and threats. 18 U.S.C. 41:873 Blackmail. 18 U.S.C. 41:880 Receiving proceeds from Extortion. 17 U.S.C. Copy right. 17 U.S.C. 11:1101 Sound recordings and music videos. 17 U.S.C. 5:506 Copyright infringement criminal offenses. 17 U.S.C. 13:1301 Design protected. 17 U.S.C. 13:1302 Oaths and Acknowledgements. 17 U.S.C. 13:1317 Regulations. 17 U.S.C. 1324 Power of Court over registration. 17 U.S.C. 13:1327 Penalty for false representation. 17 U.S.C. 13: 1326 Penalty for markings. 17 U.S.C. 13: 1330: Common law and other rights unaffected. 17 U.S.C. 13:1309 Infringement. 17 U.S.C. 13:1320

**FEDERAL QUESTION LIST**

**UNITED STATES CODES**

Ownership and transfer.  17 U.S.C. 13:1325 Registration fraudulently obtained. 18

U.S.C. Crimes.  18 U.S.C. 7:116 Female Genital Mutilation.  18 U.S.C. 11:201

Bribery of public officials and witnesses.  18 U.S.C. 11:225 Continuing financial

enterprises crime.  18 U.S.C. 12 Civil Disorder.  18 U.S.C. 12:231 Civil Disorder.

Amended 3/10/16

# SONG LARCENY

Always
Raise your Glass
2 become 1
A whole new world
Accidentally in Love
All I want for Christmas is you
All the single ladies
Always be my baby
Baby hit me one more time
Bionic Six
Birthday wish
Blow me one last kiss
Boom, Boom, Pow
Boy you better know my name
Boys chase girls chase boys
Breakaway
Bye Bye Bye
Call me maybe
Candied Rain
Chipmunk
Click, click, flash
Come however your are
Come on over baby
Dirty
Don't cha
Dream Lover
Fantasy
Fighter
Forever and a day
GEM is truly outrageous
Genie in a bottle
Get up
God of Wonders
Graduation song
Hey Mister
Hey soul sister
Hot n cold
How will I know
I don't need my name in lights
I hate this part right here
I wanna be down
I wanna dance with somebody
I wanna see you be brave
I want it that way
If I were a rich girl
I'm a Barbie girl in a Barbie world
Irreplaceable
It's a beautiful day
It's gonna be me

# SONG LARCENY

It's raining sunshine
I've been doing my own thing
Just Dance
Kiss de girl
Last Christmas I gave you my heart
Leave me breathless
Like you do
Listen
Make it like your birthday everyday
More water
Ms. Independent
My Bologna has a first name
No more
One less problem
Oops I did it again
Opposites Attract
Poker Face
Rawr/Champion
Rocking around the Christmas tree
Rollin in the deep
Royales
Sitting up in my room
Stand by me
Stick with you
Sweet Dreams
Take me there
Thank you for the music
The littles
The rest is still unwritten feel the rain on your skin
There is none like you
This is the song that doesn't end
Vision of love
Wait a minute
Wake me up inside
Wannabe
Weak
What a girl wants
Where is the love
Winter wonderland
Wishing and hoping
Word of God Speak
You fall down then you get up

I don't remember a lot of the other songs I was friended to help make. The industry used me by taking me from my personal lifestyle and motivating me to assist in making songs for them. I am here because a lot of the songs are over 60% to 100% originated from me and I believe I should be credited as originator.

## CHARGES OF DEFAMATION AND IMAGE DEGRADATION







## CHARGES OF DEFAMATION AND IMAGE DEGRADATION










## CHARGES OF DEFAMATION AND IMAGE DEGRADATION

 

 



**CHARGES OF DEFAMATION AND IMAGE DEGRADATION**







**CHARGES OF DEFAMATION AND IMAGE DEGRADATION**







## CHARGES OF DEFAMATION AND IMAGE DEGRADATION









## CHARGES OF DEFAMATION AND IMAGE DEGRADATION

 

 

 

**PLANTIFFS BIOLOGICAL FATHER**



| Company Name | Name | Address Line 1 | Address Line 2 | City | State | Zip |
|---|---|---|---|---|---|---|
| | Christina Aguilera | 14143 Beresford Rd | | Beverly Hills | CA | 90210 |
| | Mariah Carey | 3130 Antelo Rd | | Los Angeles | CA | 90077 |
| Bliss Life | Amel Larrieux | 2114 Pico Blvd # B | | Santa Monica | CA | 90405 |
| The Windish Agency | Ella Marija Lani Yelich O'Connor | 1658 N Milwaukee Ave # 211 | | Chicago | IL | 60647 |
| | Katy Perry | 7302 Mulholland Dr | | Los Angeles | CA | 90046 |
| | Britney Spears | 398 W Stafford Rd | | Thousand Oaks | CA | 91361 |
| | Beyonce Knowles | 195 Hudson St | PH 7AB | New York | NY | 10013 |
| Epic Records Group | Shakira Isabel Mebarak Ripoll | 550 Madison Ave | Floor 6 | New York | NY | 10022 |
| | Enrique Iglesias | 4535 Sabal Palm Rd | | Miami | Fl | 33137 |
| | Ciara Princess Harris | 3286 Northside Pkwy NW | Apt 1004 | Atlanta | GA | 30327 |
| | Brandy Norwood | 23463 Park Colombo | | Calabasas | CA | 91302 |
| | Cheryl Clemons | 6464 W Sunset Blvd | Ste 610 | Los Angeles | CA | 90028 |
| | Tamara Johnson-George | 6465 W Sunset Blvd | Ste 611 | Los Angeles | CA | 90028 |
| | Leanne Lyons | 6466 W Sunset Blvd | Ste 612 | Los Angeles | CA | 90028 |
| | Carmit Bachar | 6363 Wilshire Blvd | Ste 206 | Los Angeles | CA | 90048 |
| | Kimberly Watt | 6363 Wilshire Blvd | Ste 206 | Los Angeles | CA | 90048 |
| | Ashley Roberts | 6363 Wilshire Blvd | Ste 206 | Los Angeles | CA | 90048 |
| William Morris Endeavor | Jessica Sutta | 9601 Wilshire Blvd | | Beverly Hills | CA | 90210 |
| Entertainment Fusion Group | Melody Thornton | 6363 Wilshire Blvd | Ste 206 | Los Angeles | CA | 90048 |
| PMC BNC Public Relations | Nicole Scherzinger | 8687 Melrose Ave | Ste 8 | West Hollywood | CA | 90069 |
| Starstruck Entertainment | Kelley Clarkson | 40 Music Sq W | | Nashville | TN | 37203 |
| | Ariana Grande | 265 S Federal Hwy | Ste 331 | Deerfield Beach | FL | 33441 |
| ICM Partners | Colleen Ann Fitzpatrick | 10250 Constellation Blvd | Floor 7 | Los Angeles | CA | 90067 |
| | Stefani Joanne Angelina Germanotta | 40 Central Park S # Ph-D | | New York | NY | 10019 |
| | Stacey Ann Ferguson | 1310 N Kenter Ave | | Los Angeles | CA | 90049 |
| Career Artist Management | Sara Bareilles | 9350 Civic Center Dr | Ste 100 | Beverly Hills | CA | 90210 |
| SB Management | Carly Rae Jepsen | 825 8th Ave | Fl 28 | New York | NY | 10019 |
| RDWM America | Alicia Beth Moore | 1158 26th St | Ste 564 | Santa Monica | CA | 90403 |
| Tudor Management Group | Paula Abdul | 300 S Beverly Dr | Ste 102 | Beverly Hills | CA | 90212 |

| Company Name | Name | Address Line 1 | Address Line | City | State | Zip | Zip Plus 4 | Column1 |
|---|---|---|---|---|---|---|---|---|
| | Victoria Beckham | 1105 San Ysidro Dr | | Beverly Hills | CA | 90210 | 2102 | |
| | Kanye West | 113 16th St | | Manhattan Beach | CA | 90266 | 4616 | |
| | Halle Berry | 1164 N Doheny Dr | | Los Angeles | CA | 90069 | 1750 | |
| | Amy Lee | 135 Joralemon St | | Brooklyn | NY | 11201 | 4007 | |
| Bad Boy Worldwide Entertainment | Sean Puffy Combs | 1440 Broadway Floor 19 | Floor 6 | New York | NY | 10018 | 2301 | C/O Staff Member |
| | Nick Carter | 1577 Championship Blvd | | Franklin | TN | 37064 | 8668 | |
| Creative Artists Agency | Timothy Zachery Mosley | 162 5th Ave | Floor 6 | New York | NY | 10010 | 6047 | C/O David Zedeck |
| Resolution | Naomi Campbell | 1801 Century Park E | Ste 2300 | Los Angeles | CA | 90067 | 2325 | C/O David Unger |
| Englefield 42 West | Mary J Blige | 1840 Century Park E | Ste 700 | Los Angeles | CA | 90067 | 2122 | C/O Dvora Vener |
| 42 West | Nicki Minaj | 1840 Century Park E | Ste 700 | Los Angeles | CA | 90067 | 2122 | C/O Holly Shakoor Fleischer |
| | Shawn Corey Carter | 195 Hudson St | #7ABPH | New York | NY | 10013 | 1813 | |
| | Melanie Brown | 2132 Mount Olympus Dr | | Los Angeles | CA | 90046 | 1636 | |
| | Taylor Swift | 2201 Harding Pl | | Nashville | TN | 37215 | 4105 | |
| The Wendy Williams Show | Wendy Williams | 221 W 26th Street | | New York | NY | 10001 | 6703 | |
| | Ashanti Shequoya Douglas | 23 Saint Andrews Ct | | Old Westbury | NY | 11568 | 1711 | |
| | Janet Jackson | 2469 Ping Dr | | Henderson | NV | 89074 | 8314 | |
| | Jennifer Lopez | 25067 Jim Bridger Rd | | Hidden Hills | CA | 91302 | 1128 | |
| | Nick Cannon | 3130 Antelo Rd | | Los Angeles | CA | 90077 | 1604 | |
| | Amanda Seyfried | 3140 Tighlman St # B | PMB 216 | Allentown | PA | 18104 | | |
| Paradigm | Kirk Franklin | 360 N Crescent Dr | North Bldg | Beverly Hills | CA | 90210 | 4874 | C/O Michael Van Dyck |
| | Keyshai Cole | 3710 Milton Park Dr | | Alpharetta | GA | 30022 | 5801 | |
| | Angela Bassett | 4710 Hillard Ave | | La Canada Flintridge | CA | 91011 | 2006 | |
| Phat Fashions LLC | Kimora Lee Simmons | 512 Seventh Ave | | New York | NY | 10018 | | C/O Staff Member |
| Luber Roklin Management | Andrea Corr | 5815 W Sunset Blvd | Ste 206 | Los Angeles | CA | 90028 | 6481 | C/O Staff Member |
| Luber Roklin Management | Jim Corr | 5815 W Sunset Blvd | Ste 206 | Los Angeles | CA | 90028 | 6481 | C/O Staff Member |
| Luber Roklin Management | Sharon Corr | 5815 W Sunset Blvd | Ste 206 | Los Angeles | CA | 90028 | 6481 | C/O Staff Member |
| Melissa Berger Public Relations | Mya Marie Harrison | 613 N West Knoll Dr | Apt C | West Hollywood | CA | 90069 | 5200 | |
| | Diana Ross | 65 Meadow Wood Dr | | Greenwich | CT | 6830 | 7016 | |
| Bill Silva Management | Jason Mraz | 8255 Santa Monica Blvd | | Los Angeles | CA | 90046 | | C/O Bill Silva |
| The Collective | Kelly Rowland | 8383 Wilshire Blvd | Ste 1050 | Beverly Hills | CA | 90211 | 2415 | |
| Next Model Management | Elena Jane Goulding | 8447 Wilshire Blvd PH | | Beverly Hills | CA | 90211 | 1683 | C/O Staff Member |
| Rogers and Cowan PR | Keke Palmer | 8687 Melrose Ave | Ste 7 | West Hollywood | CA | 90069 | 5721 | C/O Shannon Barr |
| | Tyra Banks | 9308 Readcrest Dr | | Beverly Hills | CA | 90210 | 2533 | |
| ROC Nation | Salange Piaget Knowles | 9348 Civic Center Dr | | Beverly Hills | CA | 90210 | 3624 | |
| Smiling Clown Music | Ben E King | PO Box 1097 | | Teaneck | NJ | 7666 | 1097 | |

| Name | C/O | Address | City | State | Zip |
|---|---|---|---|---|---|
| Black Eyed Peas | C/O: David Sonenberg DAS communications | 83 Riverside Drive | New York | NY | 10024-5713 |
| Molly Reed and c Robby Earle | | 8314 Holy Cross Place | Los Angeles | CA | 90045-2633 |
| Patrick Monahaon | C/O: John Landau | 18806 SE 42ND Street | Issaquah | WA | 98027-9366 |
| Taylor Swift | | 2201 Harding Place | Nashville | TN | 37215-4105 |
| Diana Ross | | 65 Meadow Wood Drive | Greenwich | CT | 06830-7016 |
| Pussycat Dollz | C/O: William Morris Endeavor LA | 9601 Wilshire Blvd | Beverly Hills | CA | 90210-5213 |
| Ingrid Michelson | info@secretroad.com | management@ingridmichaelson.com | 323-464-1234 | 323-517-2288 | |
| David Hodges | Evanescense Dvora Vener Englefield 42 West | 1840 Century Park E Ste 700 | Los Angeles | CA | 90067-2122 |
| Miranda Cosgrove | C/O: Michael Sugar Anonymous Content | 3552 Hayden Ave | Culver City | CA | 90232-2413 |
| A.J. Mclean | Backstreet Boys C/O Johnny Wright Entertainment Group | PO Box 590009 | Orlando | FL | 32859-0009 |
| Amel Larrieux and Bryce Wilson | Bliss Life / Groove Theory | 2114 Pico Blvd # B | Santa Monica | CA | 90405-1718 |
| George Michael and Andrew Ridgeley | Andy Stephens Management | 60A Highgate High Street | Londong | N6 | 5HX |
| 3LW | Sony Music Epic | 555 Madison Avenue 10th Floor | New York | NY | 10022 |
| Busta Ryhmes Violator Music and Management | Trevor Tahiem Smith | 36 West 25th Street | New York | NY | 10010 |
| Spice Girls | | 35 Parkgate Road #32 | London | EN | SW11 |
| SWV | | 275 Madison Ave 6th Floor | New York | NY | 10016 |
| Counting Crows | Gary Gersh the Artist Organization | 1811 Centinela Ave | Santa Monica | CA | 90404-4203 |
| Jay Waldron Thompson | | 466 Lexington Ave | New York | NY | 10017 |
| Atlantic Starr | | 40 Yosemite Ave | White Plains | NY | 10607 |

SCANNED

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RECEIVED
FEB - 8 2016
PRO SE OFFICE

_Cheareen Jones_
(Full name(s) of the plaintiff or petitioner applying (each person
must submit a separate application)

CV     ( ) ( )

-against-

_See Attached list of Defendants_

(Enter case number and initials of assigned judges, if
available; if filing this with your complaint, you will not
yet have a case number or assigned judges.)

16 CV 0966

(Full name(s) of the defendant(s)/respondent(s).)

## APPLICATION TO PROCEED WITHOUT PREPAYING FEES OR COSTS

I am a plaintiff/petitioner in this case and declare that I am unable to pay the costs of these proceedings and
I believe that I am entitled to the relief requested in this action. In support of this application to proceed _in
forma pauperis_ ("IFP") (without prepaying fees or costs), I declare that the responses below are true:

1. _Are you incarcerated?_   ☐ Yes   ☒ No   (If "No," go to Question 2.)
   I am being held at: _____

   Do you receive any payment from this institution?   ☐ Yes   ☒ No

   Monthly amount: _____

   If I am a prisoner, _see_ 28 U.S.C. § 1915(h), I have attached to this document a "Prisoner
   Authorization" directing the facility where I am incarcerated to deduct the filing fee from my account
   in installments and to send to the Court certified copies of my account statements for the past six
   months. _See_ 28 U.S.C. § 1915(a)(2), (b). I understand that this means that I will be required to pay the
   full filing fee.

2. Are you presently employed?   ☐ Yes   ☒ No

   If "yes," my employer's name and address are: _____

   Gross monthly pay or wages: _2/4/16   None._

   If "no," what was your last date of employment? _2/4/16._

   Gross monthly wages at the time: _None_

3. In addition to your income stated above (which you should not repeat here), have you or anyone else
   living at the same residence as you received more than $200 in the past 12 months from any of the
   following sources? Check all that apply.

   (a) Business, profession, or other self-employment   ☐ Yes   ☒ No
   (b) Rent payments, interest, or dividends            ☐ Yes   ☒ No

SDNY RECEIVED
PRO SE OFFICE
2016 FEB - 8   AM 9:51

(c) Pension, annuity, or life insurance payments    ☐ Yes   ☑ No

(d) Disability or worker's compensation payments    ☐ Yes   ☒ No

(e) Gifts or inheritances    ☐ Yes   ☒ No

(f) Any other public benefits (unemployment, social security, food stamps, veteran's, etc.)    ☐ Yes   ☒ No

(g) Any other sources    ☐ Yes   ☒ No

If you answered "Yes" to any question above, describe below or on separate pages each source of money and state the amount that you received and what you expect to receive in the future.

If you answered "No" to all of the questions above, explain how you are paying your expenses:

Live with family receiving family care

4. How much money do you have in cash or in a checking, savings, or inmate account?

$40.

5. Do you own any automobile, real estate, stock, bond, security, trust, jewelry, art work, or other financial instrument or thing of value, including any item of value held in someone else's name? If so, describe the property and its approximate value:

No

6. Do you have any housing, transportation, utilities, or loan payments, or other regular monthly expenses? If so, describe and provide the amount of the monthly expense:

Student loan, Credit cards, Storage

7. List all people who are dependent on you for support, your relationship with each person, and how much you contribute to their support (only provide initials for minors under 18):

None.

8. Do you have any debts or financial obligations not described above? If so, describe the amounts owed and to whom they are payable:

None.

*Declaration:* I declare under penalty of perjury that the above information is true. I understand that a false statement may result in a dismissal of my claims.

2/8/16
Dated

Signature

Jones Cheereen M
Name (Last, First, MI)

Prison Identification # (if incarcerated)

392 Hudson walk   Brooklyn   NY   11201
Address     City     State     Zip Code

7185964426
Telephone Number

CheerJones @ iCloud.com
E-mail Address (if available)

IFP Application, page 2